UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COOMBES DEVELOPMENT LLC, a Washington Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN ZURICH INSURANCE COMPANY, an Illinois corporation,<br><br>Defendant. | CASE NO. 2:22-cv-1585<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge: The Court has reviewed the Parties' Notice of Settlement and Request For Court to Set Deadline For Submission of a Stipulated Dismissal. Dkt. No. 16. Counsel must file a stipulation and proposed order of dismissal no later than June 29, 2023. If additional time is needed to perfect the settlement, counsel should email Grant Cogswell, Courtroom Deputy, at grant_cogswell@wawd.uscourts.gov to request an extension. The trial date and all remaining pretrial deadlines are VACATED.

Dated this 31st day of May, 2023.

MINUTE ORDER - 1

|     |                          |
| --- | ------------------------ |
| 1   | Ravi Subramanian         |
| 2   | Clerk                    |
| 3   | /s/ Serge Bodnarchuk     |
|     | Deputy Clerk             |

MINUTE ORDER - 2