UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COOMBES DEVELOPMENT LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN ZURICH INSURANCE COMPANY, an Illinois corporation,<br><br>Defendant. | CASE NO. 2:22-cv-1585<br><br>ORDER DISMISSING THE CASE |

This matter came before the Court on the parties' Stipulated Motion to Dismiss with Prejudice. Dkt. No. 19. The motion is GRANTED, and this case is DISMISSED with prejudice and without costs or fees to any party.

Dated this 17th day of July, 2023.

_____
Jamal N. Whitehead
United States District Judge

ORDER DISMISSING THE CASE - 1